# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Sherrill v. Estate of Pico | CAAP–11–0000773 | 12/05/2014 | Affirmed |
| McGinnity-Farris v. Apex Explosives, LLC | CAAP–12–0000356 | 12/11/2014 | Vacated and Remanded |
| State v. Dolan | CAAP–13–0002349 | 12/18/2014 | Affirmed |
| Polm v. Department of Human Services | CAAP–13–0004020, CAAP–13–0006029 | 12/30/2014 | Affirmed |
| Alayon v. Urban Management Corp. | CAAP–11–0000676 | 12/31/2014 | Affirmed, Vacated and Remanded |
| Kodama v. Kodama | CAAP–11–0000641 | 12/31/2014 | Vacated, Remanded and Affirmed |